UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| RICHARD P. SIMONE<br>      Debtor | CASE NO. 18-21993 (JJT) |
| ANDREW WOOLF, ANDREW KATZ<br>and ELENA VAGNERAOVA<br>      Plaintiffs | ADV. PROC. NO. 19-2005 (JJT) |
| V. | |
| RICHARD P. SIMONE,<br>      Defendant | October 8, 2019 |

## MOTION TO WITHDRAW AS ATTORNEY

PLEASE TAKE NOTICE that the undersigned attorney herein moves to **withdraw the appearance of Patrick W. Boatman** in the above-captioned adversary proceeding on behalf of Richard P. Simone ("the Defendant"). With Defendant's consent, Attorney Paul N. Gilmore, of Updike Kelly, & Spellacy, P.C., has filed an appearance on behalf of the Defendant.

WHEREFORE, the undersigned respectfully moves the Court to **withdraw Patrick W. Boatman's appearance** on behalf of the Defendant in the above-captioned adversary proceeding and for such other and further relief as the Court deems just and proper.

Dated at East Hartford, Connecticut, this 8th day of October, 2019

By: /s/ Patrick W. Boatman
    Patrick W. Boatman
    Law Offices of Patrick W. Boatman, LLC
    111 Founders Plaza, Suite 1000
    East Hartford, CT 06108
    Tel. No. (860) 291-9061
    Fax No. (860) 291-9073
    eboatman@boatmanlaw.com
    Fed. Bar. No. ct05336